UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLEN POLK**                                                                  **PLAINTIFF**

v.                    **CASE NO. 4:11cv00416 BSM**

**PULASKI COUNTY DETENTION FACILITY et al.**          **DEFENDANTS**

### ORDER

Plaintiff Allen Polk ("Polk") moves to voluntarily dismiss his case. [Doc. No. 6]. The motion is granted and Polk's case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of July, 2011.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE